**United States District Court**
**Southern District of Ohio**
**Western Division**

DOUGLAS A. SCHOCH

    Plaintiff,                                         Case No. 1:12-cv-621

vs.                                                  Dlott, C.J.
                                                          Bowman, M.J.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

**REPORT AND RECOMMENDATION**

For good cause shown, the undersigned **RECOMMENDS** that the parties' joint request for a sentence four remand (Doc. 13) be **GRANTED** and this case be **TERMINATED UPON THE DOCKET** by entry of judgment pursuant to Federal Rule of Civil Procedure 58.

The undersigned **FURTHER RECOMMENDS** that, pursuant to the parties' joint request, upon remand, the administrative law judge will re-evaluate all medical source opinion evidence in assessing Plaintiff's residual functional capacity.  If warranted, the administrative law judge will consider medical expert opinion from a mental health professional, to clarify the severity of any mental impairment and limitations. The administrative law judge will also obtain supplemental vocational expert evidence to clarify what effect all assessed limitations have on Plaintiff's occupational base and whether Plaintiff can perform other jobs that exist in the national economy.  Plaintiff will also have the opportunity to submit additional medical evidence.

                                                                 *s/ Stephanie K. Bowman*
                                                                 Stephanie K. Bowman
                                                                 United States Magistrate Judge

**United States District Court**
**Southern District of Ohio**
**Western Division**

DOUGLAS A. SCHOCH

    Plaintiff,                                                                       Case No. 1:12-cv-621

vs.                                                                          Dlott, C.J.
                                                                                Bowman, M.J.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report and Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  See *Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).