IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Douglas A. Schoch, :
:
    Plaintiff(s), :
: Case Number: 1:12cv621
vs. :
: Chief Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 20, 2013 (Doc. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b).

Based on the parties' joint request for a sentence four remand (Doc. 13) the Court **GRANTS** the request and this case is hereby **TERMINATED** upon the docket.

The Court further **RECOMMENDS** pursuant to the parties' joint request, upon remand, the administrative law judge will re-evaluate all medical source opinion evidence in assessing plaintiff's residual functional capacity. If warranted, the administrative law judge will consider medical expert opinion from a mental health professional, to clarify the severity of any mental impairment and limitations. The administrative law judge will also obtain supplemental vocational expert evidence to clarify what effect all assessed limitations have on plaintiff's occupational base and whether plaintiff can perform other jobs that exist in the national economy. Plaintiff will have the opportunity to submit additional medical evidence.

IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Chief Judge Susan J. Dlott
    United States District Court