IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Doug Schooch, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:12cv621 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on August 1, 2013 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 19, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, the EAJA fee petition filed by plaintiff's counsel (Doc. 16) is **GRANTED**. Plaintiff is **AWARDED** $2,602.50 in attorney fees.

IT IS SO ORDERED.

                ___s/Susan J. Dlott_____
                Chief Judge Susan J. Dlott
                United States District Court